```
                                              FILED

                                           '08 JUL 15 PM 12:16

                                           CLERK, U.S. DISTRICT COURT
                                         SOUTHERN DISTRICT OF CALIFORNIA

                                                              DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury

'08 CR 2333 H

| UNITED STATES OF AMERICA, | ) Criminal Case No. _____ |
|---|---|
| Plaintiff, | ) |
| | ) I N D I C T M E N T |
| v. | ) |
| | ) Title 21, U.S.C., Secs. 952 and |
| JOSE ANDRADE-OCARANZA, | ) 960 - Importation of |
| | ) Methamphetamine; Title 21, U.S.C., |
| Defendant. | ) Sec. 841(a)(1) - Possession of |
| | ) Methamphetamine with Intent to |
| | ) Distribute |

The grand jury charges:

Count 1

On or about July 7, 2008, within the Southern District of California, defendant JOSE ANDRADE-OCARANZA did knowingly and intentionally import 500 grams and more of a mixture and substance containing a detectable amount, to wit: approximately 6.4 kilograms (14.08 pounds) of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//

JPME:em:Imperial
7/14/08

Count 2

On or about July 7, 2008, within the Southern District of California, defendant JOSE ANDRADE-OCARANZA did knowingly and intentionally possess, with intent to distribute, 500 grams and more of a mixture and substance containing a detectable amount, to wit: approximately 6.4 kilograms (14.08 pounds) of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: July 15, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CARLA J. BRESSLER
Assistant U.S. Attorney