1  **LEILA W. MORGAN**
   California Bar No. 232874
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California  92101-5008
   Telephone:  (619) 234-8467
4  Facsimile: (619) 687-2666
   Leila_Morgan@fd.org

6  Attorneys for Defendant

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,           ) Case No.  08CR2333-H
                                       )
11       Plaintiff,                    )
                                       ) **NOTICE OF APPEARANCE**
12 v.                                  )
                                       )
13 JOSE ANDRADE-OCARANZA,              )
                                       )
14       Defendant.                    )
   _____ )

16       Pursuant to implementation of the CM/ECF procedures in the Southern District of California, Leila

17 W. Morgan and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in the

18 above-captioned case.

19                                     Respectfully submitted,

21 Dated:  July 15, 2008                /s/  *Leila W. Morgan*
                                        **LEILA W. MORGAN**
22                                      Federal Defenders of San Diego, Inc.
                                        Leila_Morgan@fd.org
23                                      Attorneys for Defendant

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

DATED: July 15, 2008      */s/ Leila W. Morgan*
**LEILA W. MORGAN**
Federal Defenders of San Diego, Inc.
Leila_Morgan@fd.org

2