LEILA W. MORGAN
California State Bar No. 232874
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
Facsimile:  (619) 687-2666
Leila_Morgan@fd.org

Attorneys for Mr. Andrade-Ocaranza

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE MARILYN L. HUFF)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>**JOSE ALBERTO ANDRADE-OCARANZA**,<br><br>　　　　　Defendant. | Case No. 08cr2333-H<br><br>**JOINT MOTION TO CONTINUE MOTION HEARING** |

TO:   KAREN HEWITT, UNITED STATES ATTORNEY;
　　　CAROLINE HAN, ASSISTANT UNITED STATES ATTORNEY.

　　　Jose Alberto Andrade-Ocaranza, by and through his attorneys, Leila W. Morgan and Federal Defenders of San Diego, counsel for Mr. Andrade, jointly moves with Assistant United States Attorney Caroline P. Han, that the motion hearing currently set for September 2, 2008, at 2:00 p.m. be continued until September 15, 2008, at 2:00 p.m. Mr. Andrade is currently in the custody of the U.S. Marshalls. The parties also agree that time should be excluded under the speedy trial act, as there are still motions pending in the case that are not resolved. Mr. Andrade currently has an appearance scheduled before Magistrate Judge William McCurine on August 28, 2008, for a change of plea hearing.

//
//
//
//

1 | For the foregoing reasons, the parties jointly request that the sentencing hearing be continued until
2 | September 15, 2008 at 2:00 p.m.

3

4 | Dated: August 27, 2008

/s/ Leila W. Morgan
**LEILA W. MORGAN.**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Andrade
Leila_Morgan@fd.org

7

8 | Dated: August 27, 2008

/s/ Caroline P. Han
**CAROLINE P. HAN**
Assistant United States Attorney
Caroline.Han@usdoj.gov

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**Caroline P. Han**
U S Attorneys Office Southern District of California
Civil Division
880 Front Street
Suite 6253
San Diego, CA 92101
(619)557-5662
Fax: (619)235-2757
Email: Caroline.Han@usdoj.gov

Dated: August 27, 2008        /s/ Leila W. Morgan
**LEILA W. MORGAN.**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Andrade
Leila_Morgan@fd.org