UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE MARILYN L. HUFF)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08cr2333-H |
| Plaintiff, | ) ) ) | ORDER CONTINUING MOTION HEARING |
| v. | ) ) | |
| **JOSE ALBERTO ANDRADE-OCARANZA,** | ) ) | |
| Defendant. | ) ) | |

**IT IS HEREBY ORDERED** that the joint motion (docket no.11) requesting the continuance of the motion hearing currently set for September 2, 2008, at 2:00 p.m., until **September 15, 2008, at 2:00 p.m.**, be **GRANTED.** The Court also finds that time should be excluded under the Speedy Trial Act until September 15, 2008, because of motions pending in the case. The defendant is currently in the custody of the United States Marshall's Service, therefore, an signed acknowledgment of the next court date need not be filed.

**SO ORDERED.**

Dated: August 28, 2008

_____
**HONORABLE MARILYN L. HUFF**
United States District Judge